**EXHIBIT 1**

**EEB COMPLAINT, 2022-046**

## Bryant, Ruthann C (ATG)

| | |
|---|---|
| **From:** | ethics@atg.wa.gov |
| **Sent:** | Thursday, December 8, 2022 8:52 PM |
| **To:** | CbG6jBIE8YNn@gmail.com |
| **Cc:** | ATG WWW Ethics Board Mailbox |
| **Subject:** | Thank You for Contacting the WA State Ethics Board |

[EXTERNAL]

The following message has been submitted to staff at the WA Ethics Board.

Your contact information:

You are not required to provide your name. However, if you choose not to provide your name, we are unable to keep you updated on the progress of our investigation, or to consult with you regarding the details of your complaint.
As of July 28, 2013, under RCW 42.52.410
(3)(a) A state employee who files a complaint with the appropriate ethics board shall be afforded the protection afforded to a whistleblower under RCW 42.40.050 and 49.60.210(2), subject to the limitations of RCW 42.40.035 and 42.40.910. An agency, manager, or supervisor may not retaliate against a state employee who, after making a reasonable attempt to ascertain the correctness of the information furnished, files a complaint with the appropriate ethics board. (b) A state employee may not be denied the protections in chapter 42.40 RCW even if the ethics board denies an investigation of the complaint.
(4) If a determination is made that a reprisal or retaliatory action has been taken against the state employee, the retaliator may be subject to a civil penalty of up to five thousand dollars.

Further, under RCW 42.52.420(4), the identity of a person filing a complaint under RCW 42.52.410(1) is exempt from public disclosure, as provided in RCW 42.56.240.

Name: Anonymous
Agency:
Division:
Current Position:
Day Phone:
Night Phone:
Best time and number to call:
Email Address: CbG6jBIE8YNn@gmail.com
Home or mailing address:

 WA

Subject's contact information:

Please file a separate form for each state employee or officer who you believe has violated the Ethics in Public Service Act.

Name: Abraham D Flaxman
Agency: University of Washington
Division:

**Exhibit 1**
Page 1 of 4

Position:
Phone:
Location:
Subject's Supervisor(s):
Supervisor's Position(s):
Supervisor's Phone:

1. What type of ethics violation(s) are you reporting?
Use of public resources for political campaigns


2. When and where did the ethical violation(s) occur?
faculty listserv hosted by UW

3. Please describe the ethical violation(s) in detail The more detailed information you provide us, the better we will be able to assess your concerns.
lobbying for getting a ballot measure on the ballot using large UW hosted listserv

4. Where can we find, or can you provide, additional documentation to support your assertions?
Please mail hard copies of documents to PO Box 40149, Olympia, WA 98504

Copy of email posted to aaup@u.washington.edu listserv on Nov 29, 2022, 8:24 AM below:

I am forwarding a message that was contributed anonymously on the topic of health insurance, from a list member who writes


I am volunteering with Whole Washington, a campaign to bring universal healthcare to Washington state. It seems like many people on the list expressing concern about Regence's ever shrinking provider list (my PT left their network this year saying Regence hasn't increased their reimbursement in over a decade and they can't really afford to continue) might be interested in helping this measure get on the ballot. The Whole Washington website also has a lot of information about how it would work and expectations around cost, coverage, and whatnot.


Interested people can see where to sign here:

https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwholewashington.org%2Fget-petitions%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7Cc9bcbf4e19b44a81b11008dad9a117cb%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638061583185674581%7CUnknown%7CTWFpbGGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=jahbCvbgWP02yoWuS3gqhuurLU%2FQJK6BygcWaKx8Ctw%3D&amp;reserved=0. People who want to collect signatures from family and friends can pick up supplies at any of the bin hosts on the map.


--Abie

**Exhibit 1**
Page 2 of 4

Abraham D. Flaxman (he/him)

Associate Professor

Institute for Health Metrics and Evaluation | University of Washington

Population Health Building/Hans Rosling Center
3980 15th Ave. NE, Seattle, WA 98195 USA UW Campus Box #351615

abie@uw.edu |
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.healthdata.org%2F&amp;data=05%7C01%7
Cethics%40ATG.WA.GOV%7Cc9bcbf4e19b44a81b11008dad9a117cb%7Cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C
1%7C638061583185674581%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haW
wiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=iKlcDMTeJeWzV563UZOkTLU8ejtGQswY7c0FyrHgcK4%3D&amp;
reserved=0 |
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhealthyalgorithms.com%2F&amp;data=05%7C01
%7Cethics%40ATG.WA.GOV%7Cc9bcbf4e19b44a81b11008dad9a117cb%7Cc5baaf3b9742c9bcb8392cad34af3f%7C0%
7C1%7C638061583185674581%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1ha
WwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=6IBq3NOG48CibugGbhSn6khU4GxN244mH55KEyCHCRk%3D&
amp;reserved=0

Measuring what matters

_____
AAUP-UW FACULTY ISSUES AND CONCERNS listserve aaup@u.washington.edu Listserve guidelines and information
about AAUP-UW:
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fdepts.washington.edu%2Fuwaaup%2Fwordpress
%2Flistserver%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7Cc9bcbf4e19b44a81b11008dad9a117cb%7Cc5b
aaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638061583185674581%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLj
AwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=Ba5GJqr%2FMTTGvQl1
y7hj9NMJVpvmI9vNOqdAblF9Qetk%3D&amp;reserved=0

5. Are there other witnesses? If so, please provide their contact information.
entire listserv of >1,000 people

6. How do you know about the information you are disclosing here?


Declared By Name and Date:
Name: anonymous
Date: 12/8/2022

Submitted on: 12/8/2022 8:52:10 PM

https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ethics.wa.gov%2F&amp;data=05%7C01%7
Cethics%40ATG.WA.GOV%7Cc9bcbf4e19b44a81b11008dad9a117cb%7Cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C
1%7C638061583185674581%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haW

Exhibit 1
Page 3 of 4

wiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=un4hblsMZjG8JArpubf9F%2BTvCJzSh7PNYio5V8WpOIw%3D&amp;reserved=0

**Exhibit 1**
Page 4 of 4