# EXHIBIT 2

# EEB COMPLAINT, 2022-047

**Bryant, Ruthann C (ATG)**

| | |
|---|---|
| **From:** | ethics@atg.wa.gov |
| **Sent:** | Saturday, December 10, 2022 9:19 AM |
| **To:** | CbG6jBIE8YNn@gmail.com |
| **Cc:** | ATG WWW Ethics Board Mailbox |
| **Subject:** | Thank You for Contacting the WA State Ethics Board |

[EXTERNAL]

The following message has been submitted to staff at the WA Ethics Board.

Your contact information:

You are not required to provide your name. However, if you choose not to provide your name, we are unable to keep you updated on the progress of our investigation, or to consult with you regarding the details of your complaint.
As of July 28, 2013, under RCW 42.52.410
(3)(a) A state employee who files a complaint with the appropriate ethics board shall be afforded the protection afforded to a whistleblower under RCW 42.40.050 and 49.60.210(2), subject to the limitations of RCW 42.40.035 and 42.40.910. An agency, manager, or supervisor may not retaliate against a state employee who, after making a reasonable attempt to ascertain the correctness of the information furnished, files a complaint with the appropriate ethics board. (b) A state employee may not be denied the protections in chapter 42.40 RCW even if the ethics board denies an investigation of the complaint.
(4) If a determination is made that a reprisal or retaliatory action has been taken against the state employee, the retaliator may be subject to a civil penalty of up to five thousand dollars.

Further, under RCW 42.52.420(4), the identity of a person filing a complaint under RCW 42.52.410(1) is exempt from public disclosure, as provided in RCW 42.56.240.

Name: Anonymous
Agency:
Division:
Current Position:
Day Phone:
Night Phone:
Best time and number to call:
Email Address: CbG6jBIE8YNn@gmail.com
Home or mailing address:

 WA

Subject's contact information:

Please file a separate form for each state employee or officer who you believe has violated the Ethics in Public Service Act.

Name: Amy
Agency: Hagopian
Division: University of Washington

**Exhibit 2**
Page 1 of 4

Position: Professor
Phone:
Location:
Subject's Supervisor(s):
Supervisor's Position(s):
Supervisor's Phone:

1. What type of ethics violation(s) are you reporting?
Use of public resources for political campaigns


2. When and where did the ethical violation(s) occur?
8:25 AM 12/10/2022  Large faculty listserv

3. Please describe the ethical violation(s) in detail The more detailed information you provide us, the better we will be able to assess your concerns.
Message posted to large UW faculty listserv soliciting donations and political support. See below for copy of email posted to aaup@uw.edu


I'm passing along this message about the UC worker strike I received on a public health professional list server. I thought it would interest UW faculty on the AAUP list.
Amy
Amy Hagopian, PhD
Professor
University of Washington School of Public Health Box 357660, Seattle WA 98195-7660
Office: 206.616.4989  | Health Sciences H-690E
Cell: 206.551.5313
hagopian@uw.edu



Begin forwarded message:

From: gabelschwartz <gabelschwartz@gmail.com>
Subject: [spiritof1848] Supporting the UC strike today
Date: December 8, 2022 at 2:50:53 PM PST
To: Spirit of 1848 <spiritof1848@googlegroups.com> Hello

I am a postdoc at UCSF writing with an urgent ask. As you may have heard, 48000 UC workers are on strike, including all UC grad student instructors, grad student researchers, postdocs, and academic researchers. Our strike is now reaching the end of its 4th week, with graduate worker bargaining reaching a critical moment. Core demands include living wages that keep up with the skyrocketing cost of living, as well as basic supports for families and international scholars (paid parental leave, affordable childcare, paid leave to navigate burdensome visa bureaucracies, etc.).

Our strike is the largest among academic workers in US history. We are taking on the largest employer in the world's 4th largest economy, fighting for access to resources that are critical for population health and health equity. Our struggle is material and urgent: a shocking number of grad workers are sleeping in their cars because they literally cannot afford a place to live (increasing their future risk of chronic illness and premature mortality). I have met fellow grad workers on the picket lines who barely afford to eat. Meanwhile, many postdocs spend upwards of 50% of their pay on childcare; without partners, they would have been driven out of science. Whole doctoral programs are operating nearly devoid of

Exhibit 2
Page 2 of 4

new students (much less, students who are under-represented in our disciplines due to racism and/or family poverty), since few can imagine surviving here on what they pay us.

This is an important moment for the US labor movement and the future of public health research. Please make noise ASAP: on social media, within your professional circles, and to your elected officials (if you are in CA). Consider donating to our strike fund [link to https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fgivebutter.com%2Fuc-uaw&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=ab4vWm4bd3Aly6s4sTLHfFBACbitvFdfa%2BBBrbEFfR4c%3D&amp;reserved=0]. Push your professional organizations to make public statements of support. For a list of ways to demonstrate solidarity, please visit: https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.fairucnow.org%2Fsupport%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=9bMD2VhImKrKIHxRZqfrMtCsonEu%2FPp61ZLBMNHdwkM%3D&amp;reserved=0

And to read about our strike: https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.fairucnow.org%2Fstrikefaq%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=INfUT6kmh1tJf6Qdulxix4HVIXG0UHLpqyB5QNdfl7s%3D&amp;reserved=0

Sincerely,
Gabe


--
Posted from the Spiritof1848 Listserv https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.spiritof1848.org%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=EaFwrpgziLmzEFEyMHOOnc6B6paAOj1ziuXSjKaenaw%3D&amp;reserved=0 #Spiritof1848

If you have been forwarded this email & want to join the discussion, email spiritof1848+subscribe@googlegroups.com to subscribe!

We welcome posts on social justice & public health that: (1) DIRECTLY address & make explicit the links between social justice and public health; and (2) provide information (e.g., conferences, jobs, publications) and substantive queries or comments.

Posts not allowed: (1) posts not explicitly connecting issues of social justice & public health (after 4th warning, you will be removed); (2) posts with only a clickable link and no explanatory text; (3) posts with attachments; (4) solicitations of donations; (5) petitions that ask for replies to listserv (rather than to sender or a website).

Some posts may be re-posted on our Facebook page for further distribution to the Spirit of 1848 community.

Email listserv adminstrator at 1848.spirit@gmail.com.
---
You received this message because you are subscribed to the Google Groups "Spirit of 1848" group.



To unsubscribe from this group and stop receiving emails from it, send an email to spiritof1848+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fgroups.google.com%2Fd%2Fmsgid%2Fspiritof1848%2Ff9583043-6048-4801-9f96-bb98d9eacd15n%2540googlegroups.com&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7Ccc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=GqV8l4mksAv79%2F4OTfeR46JK2lSejo7WfX8gF7BbuN0%3D&amp;reserved=0.

_____
AAUP-UW FACULTY ISSUES AND CONCERNS listserve aaup@u.washington.edu Listserve guidelines and information about AAUP-UW:
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fdepts.washington.edu%2Fuwaaup%2Fwordpress%2Flistserver%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7Ccc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=Uxs9fgJ1Cl2NpbpUhbCjZMnbtSPb4H8eUkqSEM8xt1U%3D&amp;reserved=0

4. Where can we find, or can you provide, additional documentation to support your assertions?
Please mail hard copies of documents to PO Box 40149, Olympia, WA 98504


5. Are there other witnesses? If so, please provide their contact information.


6. How do you know about the information you are disclosing here?


Declared By Name and Date:
Name: Anonymous
Date: 12/10/2022

Submitted on: 12/10/2022 9:19:24 AM

https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ethics.wa.gov%2F&amp;data=05%7C01%7Cethics%40ATG.WA.GOV%7C55042728020c412e927b08dadad2a2ff%7Ccc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C638062895468499024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=TLO9mSN03FS5oWT5TEKjA%2BNjMtlrLeZ4LlYNlDr86V4%3D&amp;reserved=0