|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 15 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ABRAHAM FLAXMAN, individually and for a proposed class and AMY HAGOPIAN, individually and for a proposed class,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington and KATE REYNOLDS, Kate Reynolds in her official capacity as Executive Director of the Executive Ethics Board of the State of Washington,<br><br>       Defendants - Appellees. | No. 24-919<br><br>D.C. No. 2:23-cv-01581-KKE<br><br>Western District of Washington, Seattle<br><br>MANDATE |

The judgment of this Court, entered August 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT