1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM FLAXMAN, et al., | CASE NO. C23-1581-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| BOB FERGUSON, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

On September 15, 2025, the Ninth Circuit Court of Appeals issued a formal mandate effectuating its August 22, 2025 order in which the Ninth Circuit reversed this Court's order granting Defendants' motion and remanded the matter for further proceedings. Dkt. Nos. 27, 31, 34.

In order to set a trial date and remaining pretrial deadlines, the Court directs the parties to submit a Joint Status Report no later than September 30, 2025, setting forth the following information:

1. The date the case will be ready for trial;

2. The anticipated length of trial;

MINUTE ORDER - 1

3. The dates on which trial counsel may have conflicts to be considered in setting a trial date; and

4. Any other issues that must be resolved before setting a case schedule. If the parties believe a scheduling conference would be helpful, please indicate topics to address at such a conference.

To the extent the parties cannot agree, the parties shall explain the bases for their disagreements in the joint statement. No separate reports shall be filed.

Dated this 15th day of September, 2025.

Ravi Subramanian
Clerk


/s/ Diyana Staples
Deputy Clerk

MINUTE ORDER - 2