UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM FLAXMAN, et al.,<br><br>    Plaintiff(s),<br><br> v.<br><br>NICHOLAS W. BROWN, et al.,<br><br>    Defendant(s). | CASE NO. C23-1581-KKE<br><br>ORDER ON JOINT STATUS REPORT |

  The Court has reviewed the parties' joint status report, which was filed in response to the Court's minute order requesting information necessary to set a case schedule. Dkt. Nos. 35, 36. The report detailed two categories of disputes that must be resolved before a case schedule can be entered, and the Court resolves them as follows:

(1) <u>The related case (*Hagopian v. Ferguson*, No. 2:24-cv-0257-KKE) and an amended complaint</u>. The parties dispute whether this case should be dismissed and the complaint in this case amended to include claims from that case, or whether the cases should be consolidated. Because securing an operative complaint must occur before any other scheduling can take place, the Court orders Plaintiffs to file a motion to consolidate the cases and/or amend the complaint no later than October 17, 2025.

(2) <u>Whether to set discovery-related deadlines and/or a case schedule now</u>. It is the Court's practice to defer entry of a case schedule until after a motion to dismiss has been

ORDER ON JOINT STATUS REPORT - 1

resolved. As Defendants represent that they will be filing a motion to dismiss for failure to state a claim in response to a forthcoming amended complaint, the Courtroom Deputy is directed to set deadlines only for initial disclosures and a Rule 26(f) conference at this time. If Defendants (as represented in the joint status report (Dkt. No. 36 at 3–7)) wish to stay discovery pending resolution of a forthcoming dispositive motion, they may file a motion seeking that relief.

Dated this 1st day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge