UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Abraham Flaxman, et al., *Plaintiffs,* v. Nicholas W. Brown, et al., *Defendants.* | Case No. C23-1581-KKE<br><br>MOTION TO CONSOLIDATE<br>(Noted for consideration: Nov. 12, 2025) |

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, plaintiffs consolidate this action with *Hagopian v. Ferguson*, No. 2:24-cv-0257-KKE.

Grounds for this motion are as follows:

1. Plaintiffs Abraham Flaxman and Amy Hagopian challenge in this action several policies of the "Executive Ethics Board."

MOTION TO CONSOLIDATE-1

Jay Gairson, WA Bar # 43365
Gairson Law, LLC
4606 Martin Luther King Jr Wy S
Seattle, Washington 98108
(206) 357-4218
jay@gairson.com

2. Dr. Hagopian, the sole plaintiff in *Hagopian v. Ferguson*, No. 2:24-cv-0257-KKE, raises similar challenges to policies applied to her after the complaint was filed in *Flaxman v. Brown*. Dr. Hagopian includes in her complaint a supplementary state law claim of administrative review with regard to a decision of the Executive Ethics Board that became final on November 15, 2024.

3. This case and *Hagopian v. Ferguson* involve common questions of fact and fact and should be adjudicated together.

4. Defendants do not agree with consolidation and assert that the complaint in this case should be amended to include all claims from *Hagopian*. Plaintiffs believe that dismissal of *Hagopian* and the filing of an amended complaint in this case to include all of the *Hagopian* claims would create a jurisdictional defect for the timeliness of the supplemental state claim in *Hagopian*. Counsel for the parties have conferred about their disagreement and have been unable to resolve their differences.

Dated: October 17, 2025

Respectfully submitted,

[signatures on next page]

| MOTION TO CONSOLIDATE - 2 | Jay Gairson, WA Bar # 43365<br>Gairson Law, LLC<br>4606 Martin Luther King Jr Wy S<br>Seattle, Washington 98108<br>(206) 357-4218<br>jay@gairson.com |
|---|---|

/s/ <u>Jay Gairson</u>, WA Bar # 43365
Gairson Law, LLC
4606 Martin Luther King Jr Wy S
Seattle, Washington 98108
(206) 357-4218
jay@gairson.com

Kenneth N. Flaxman
knf@kenlaw.com
Joel A. Flaxman
jaf@kenlaw.com
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorneys for plaintiff*

| MOTION TO CONSOLIDATE - 3 | Jay Gairson, WA Bar # 43365<br>Gairson Law, LLC<br>4606 Martin Luther King Jr Wy S<br>Seattle, Washington 98108<br>(206) 357-4218<br>jay@gairson.com |
|---|---|