|   |   |
|---|---|
| | The Honorable Kymberly K. Evanson |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| Abraham Flaxman and Amy Hagopian, individually and for a proposed class, | ) ) ) ) | |
| *Plaintiffs*, | ) | Case No. 2:23-cv-01581-KKE |
| *-vs-* | ) ) | |
| Nicholas W. Brown, in his official capacity as the Attorney General of the State of Washington, and Kate Reynolds, in her official capacity as Executive Director of the Executive Ethics Board of the State of Washington, | ) ) ) ) ) ) ) ) ) | Stipulation to Consolidate, Amend Pretrial Scheduling Order, and to Set Briefing Schedule |
| *Defendants.* | ) | |

In accordance with Local Civil Rule 42(b), the parties submit this stipulation to consolidate this case with *Hagopian v. Ferguson, et al.*, 2-24-cv-02057-KKE:

| | |
|---|---|
| Stipulation to Consolidate, Amend Pre-trial Schedule, and to Set Briefing Schedule | Jay Gairson, WA Bar # 43365<br>Gairson Law, LLC<br>4606 Martin Luther King Jr Wy S<br>Seattle, Washington 98108<br>(206) 357-4218<br>jay@gairson.com |

1.   The parties agree that consolidation of this matter with *Hagopian v. Ferguson, et al.*, No. 2:24-cv-02057 and the filing of a single consolidated complaint would not create an independent jurisdictional bar to any claims in *Hagopian*. The parties stipulate that this action, *Flaxman, et al., v. Ferguson, et al.*, No. 2:23-cv-01581-KKE, should be consolidated for all purposes, including trial, with *Hagopian v. Ferguson, et al.*, No. 2:24-cv-02057.

2.   The parties agree and request that the Court amend the pre-trial schedule as follows:

   a.   Plaintiffs shall file a consolidated amended complaint in this case within 14 days of the entry of an order of consolidation.

   b.   Defendants shall respond to the amended complaint within 60 days thereafter.

Defendants shall file any motion to stay or otherwise limit discovery along with their responsive pleading.

/s/   Jay Gairson, WA Bar # 43365
      Gairson Law, LLC
      4606 Martin Luther King Jr Wy S
      Seattle, Washington 98108
      (206) 357-4218
      jay@gairson.com

/s/   Kenneth N. Flaxman
      knf@kenlaw.com
      Joel A. Flaxman
      jaf@kenlaw.com
      200 S Michigan Ave, Ste 201

| Stipulation to Consolidate, Amend Pre-trial Schedule, and to Set Briefing Schedule | Jay Gairson, WA Bar # 43365<br>Gairson Law, LLC<br>4606 Martin Luther King Jr Wy S<br>Seattle, Washington 98108<br>(206) 357-4218<br>jay@gairson.com |
|---|---|

Chicago, IL 60604
(312) 427-3200
(admitted pro hac vice)

*attorneys for plaintiff/*

Nicholas W. Brown
Attorney General

/s/ <u>Sarah E. Smith-Levy</u> (with consent)
Sarah E. Smith-Levy, WSBA #55770
Andrew Hughes, WSBA #49515
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
sarah.e.smith-levy@atg.wa.gov
andrew.hughes@atg.wa.gov
(206) 474-7744
*Attorneys for Defendants Nicholas W. Brown and Kate Reynolds*

| Stipulation to Consolidate, Amend Pre-trial Schedule, and to Set Briefing Schedule | Jay Gairson, WA Bar # 43365<br>Gairson Law, LLC<br>4606 Martin Luther King Jr Wy S<br>Seattle, Washington 98108<br>(206) 357-4218<br>jay@gairson.com |
|---|---|