UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM FLAXMAN, et al., | CASE NO. C23-1581-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |
| v. | |
| NICHOLAS W. BROWN, et al., | |
| Defendant(s). | |

The parties filed a stipulated motion to extend the briefing schedule on Defendants' motion to dismiss. Dkt. No. 46. The Court finds good cause to GRANT the stipulated motion, and ORDERS the parties to comply with the following schedule:

(1) Plaintiffs shall file their opposition no later than February 24, 2026.

(2) Defendants shall file their reply brief no later than March 10, 2026.

The clerk is directed to RE-NOTE the motion to dismiss (Dkt. No. 44) for March 10, 2026.

Dated this 27th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE - 1