The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ABRAHAM FLAXMAN, et al., | NO. 2:23-cv-01581-KKE |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE |
| v. | |
| NICHOLAS W. BROWN, et al., | |
| Defendants. | |

Plaintiffs Abraham Flaxman and Amy Hagopian and Defendants Nicholas W. Brown and Kate Reynolds, by and through their counsel, filed a stipulated motion to set the briefing schedule on Defendants' forthcoming Motion to Dismiss Plaintiffs' Third Amended Complaint. The Court finds good cause to GRANT the stipulated motion (Dkt. No. 52), and ORDERS the parties to comply with the following schedule:

1. Defendants shall file their Motion to Dismiss by July 27, 2026.

2. Plaintiffs shall file their response by August 31, 2026.

3. Defendants shall file their reply by September 21, 2026.

4. Defendants' Motion to Dismiss shall be noted for September 21, 2026.

DATED and SIGNED this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING
SCHEDULE
NO. 2:23-cv-01581-KKE